■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE SHELBY, Appellant. [886 NYS2d 64]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed June 19, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Mastro, J.P., Dillon, Angiolillo and Belen, JJ., concur.